UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:22-cv-21042-JLK

| | |
|---|---|
| JUAN RESTREPO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MOBILE AUTO REPAIR, INC., RAYMOND TORRES, and ESPERANZA TORRES, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER GRANTING JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE AND JOINT MOTION FOR
APPROVAL OF THE PARTIES' FLSA SETTLEMENT AGREEMENT**

THIS CAUSE arose before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and Joint Motion for Approval of the Parties' FLSA Settlement Agreement (DE 31) (the "Motion), filed on January 13, 2023.  The above-styled action arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires approval from the Court. *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness").  This Court, being fully advised in the premises, and upon review of the Motion and the Parties' settlement agreement, it appears to the Court that the settlement is fair and reasonable, and due cause exists to grant the Motion.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that

1. The Motion (**DE 31**) is hereby **GRANTED**;

2. The settlement agreement is **APPROVED** by the Court;

3. The case is **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorney's fees except as otherwise agreed;

4. The Pretrial Conference previously set for September 1, 2023, and the Trial previously set for November 13, 2023, are hereby **CANCELED**; and

5. The Clerk shall **CLOSE** this case. The Court retains jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 17th day of January, 2023.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc: All counsel of record**
**Clerk of Court**